**Order entered September 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00961-CV

### IN RE FORD MOTOR COMPANY, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10896**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus  We **ORDER** relator to bear the costs of this original proceeding.


/s/     DAVID LEWIS
           JUSTICE